UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr- 421-AN |
| v. | INDICTMENT |
| JORGE LUIS SEGUNDO GERARDO, ALONSO QUINONEZ CASTRO, and ERNESTO AARON LEYVA SOTO | 21 U.S.C. § 846; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), (b)(1)(B)(vi), and (b)(1)(C); 18 U.S.C. § 2 |
| Defendants. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

COUNT 1
(Conspiracy to Distribute Controlled Substances)
(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and (b)(1)(C); and 846)

Beginning on or about June 1, 2023, and continuing until on or about May 23, 2024, within the District of Oregon, and elsewhere, defendants **JORGE LUIS SEGUNDO GERARDO, ALONSO QUINONEZ CASTRO,** and **ERNESTO AARON LEYVA SOTO** and did knowingly and intentionally combine, conspire, confederate, and agree with each other and other(s) both known and unknown to the Grand Jury, to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

## Overt Acts

All factual allegations set forth in Count 2 through Count 7 of this Indictment are hereby incorporated by reference and re-alleged as overt acts in furtherance of the conspiracy alleged in Count 1.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi), and (b)(1)(C); and 846.

## COUNT 2
### (Distribution of Fentanyl)
### (21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and 18 U.S.C. § 2)

On or about January 23, 2024, in the District of Oregon, defendants **JORGE LUIS SEGUNDO GERARDO** and **ALONSO QUINONEZ CASTRO**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and aided and abetted the same. The Grand Jury further charges that this violation involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT 3
### (Distribution of Cocaine)
### (21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2)

On or about January 23, 2024, in the District of Oregon, defendants **JORGE LUIS SEGUNDO GERARDO** and **ALONSO QUINONEZ CASTRO**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and aided and abetted the same.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 4
### (Distribution of Fentanyl)
### (21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and 18 U.S.C. § 2)

On or about February 13, 2024, in the District of Oregon, defendants **JORGE LUIS SEGUNDO GERARDO** and **ERNESTO AARON LEYVA SOTO**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and aided and abetted the same. The Grand Jury further charges that this violation involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT 5
### (Distribution of Fentanyl)
### (21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and 18 U.S.C. § 2)

On or about February 27, 2024, in the District of Oregon, defendants **JORGE LUIS SEGUNDO GERARDO** and **ERNESTO AARON LEYVA SOTO**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and aided and abetted the same. The Grand Jury further charges that this violation involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

//

## COUNT 6
### (Distribution of Fentanyl)
### (21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and 18 U.S.C. § 2)

On or about March 7, 2024, in the District of Oregon, defendants **JORGE LUIS SEGUNDO GERARDO** and **ERNESTO AARON LEYVA SOTO**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance, and aided and abetted the same. The Grand Jury further charges that this violation involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT 7
### (Distribution of Fentanyl)
### (21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) and 18 U.S.C. § 2)

On or about April 30, 2024, in the District of Oregon, defendant **JORGE LUIS SEGUNDO GERARDO** did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance, and aided and abetted the same. The Grand Jury further charges that this violation involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi), and Title 18, United States Code, Section 2.

//

//

//

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in Counts One through Seven of this indictment, defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in any offense set forth in Counts One through Seven of this Indictment.

Dated: November 13, 2024

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney